**MAGISTRATE JUDGE THEILER**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR05-5856 |
| | ) | |
| vs. | ) | AGREED ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| PATRICIA A. DUNN, | ) | EXTENDING DEADLINE FOR |
| | ) | FILING PRETRIAL MOTIONS |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come on before the Court on the agreed motion of the Defendant, PATRICIA A. DUNN, and the United States of America for an order continuing the trial date and extending the deadline for filing pretrial motions; the Court finding that this case is now scheduled for trial on June 26, 2006, and that the deadline for filing Defendant's pretrial motions is February 8, 2006; the Court finding that good cause exists to continue the trial date and to extend the pretrial motion deadline; the Court finding that such a continuance is agreed to by the government; and the Court further finding that the ends of justice served by continuing the trial date outweighs the best interest of the public and the Defendant in a speedy trial; it is therefore

ORDERED that the Defendant's motion to extend the deadline for filing pretrial motions and to continue the trial date herein is hereby GRANTED; and, it is further

AGREED ORDER CONTINUING TRIAL
DATE AND EXTENDING DEADLINE
FOR FILING PRETRIAL MOTIONS - 1

ORDERED that the new deadline for filing the Defendant's pretrial motions shall be the 26th day of July, 2006; and, it is further

ORDERED that the new trial date shall be the 28th day of August, 2006; and, it is further

ORDERED that the period of delay between June 26, 2006, and August 28, 2006, shall be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. § 3161.

DONE IN OPEN COURT this 22nd day of June, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

WILLIAM R. MICHELMAN, INC., P.S.

s/William R. Michelman
_____
William R. Michelman, WSBA #6803
Attorney for Defendant

Approved for Entry:

UNITED STATES ATTORNEY

s/Cpt. Kieran O'Shea
_____
By: Cpt. Kieran O'Shea
Special Assistant United States Attorney
Attorney for Plaintiff